FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2010 NOV 19 AM 10: 06

CLERK R.Ost
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

v.

    CIVIL ACTION NO.: CV510-103

REBECA TAMEZ, Warden,

    Respondent.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, an inmate currently incarcerated at the Federal Correctional Institution in Forth Worth, Texas, filed a petition for writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241. Petitioner seeks to attack a sentence imposed in this District. Petitioner has previously filed a motion, pursuant to 28 U.S.C. § 2255, in this Court, and that motion has been denied. The Court can not re-characterize this petition as a motion brought pursuant to 28 U.S.C. § 2255 as Petitioner has not been granted leave to file a second or successive § 2255 motion by the Eleventh Circuit Court of Appeals. The proper venue for this petition lies in the District in which Petitioner is incarcerated. 28 U.S.C. § 2241(a) (district courts are limited to granting habeas relief "within their respective jurisdictions"); Westine v. Scott, 356 F. App'x 254, 255 (11th Cir. 2009) (citing Padilla, 542 U.S. at 447, for the conclusion that § 2241 petitions are required to be filed in the judicial district of incarceration).

AO 72A
(Rev. 8/82)

Therefore, it is my recommendation that the captioned action be **TRANSFERRED** to the United States District Court for the Northern District of Texas for further consideration.

**SO REPORTED and RECOMMENDED**, this 19th day of November, 2010.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE